Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Sabtecha More

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABTECHA MORE<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK USA, N.A.<br><br>Defendant | Case No.: 5:21-cv-00278-JGB-SHK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CAPITAL ONE BANK USA, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Sabtecha More, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Capital One Bank USA, N.A. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

1 | Defendant Capital One Bank USA, N.A. has neither answered Plaintiff's
2 | Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may
3 | be dismissed against it for all purposes and without an Order of the Court.

5 | Dated: May 19, 2021            Gale, Angelo, Johnson, & Pruett, P.C.

By: _____*/s/ Joe Angelo*_____
    Joe Angelo
    Attorneys for Plaintiff
    Sabtecha More